**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DBEST PRODUCTS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>LUOYANG MUZHOU DEPARTMENT STORE SALES CO., LTD.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04613−FLA−MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 6/2/25 | 1− | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

1) Case number has INCORRECT Judge and Magistrate's initials as: "FLAR−MR". Official Correct case number is to read as:2:25cv04613 FLA (MARx); Caption INCOMPLETE as to both plaintiff and defendant...MISSING their specific Description... plaintiff's "a California corporation; and defendant's "a Chinese company"... must match descriptions as cited in the Complaint.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −

Date: June 3, 2025                                          By: /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                                                 Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –